# CASES

IN THE

# SUPREME COURT OF ALABAMA

NOVEMBER TERM 1907-1908.

## Jones *v.* The State.

*Murder.*

(Decided May 14, 1908. 46 South. 579.)

*Evidence; Expert Testimony; Qualification.*—Witnesses who were not shown to be expert are not qualified to testify that a wound received by deceased in the stomach, made by a pistol ball fired from the pistol of defendant, caused deceased's death.

APPEAL from Blount Circuit Court.

Heard before Hon. JOHN W. INZER.

Walter Jones was convicted of manslaughter, and he appeals. Reversed and remanded.

Fairly and Bramlett were permitted to testify over the objection of defendant that the death of deceased was caused by a wound in the stomach produced by a pistol ball fired from the pistol of the defendant. The record does not show that these witnesses were physicians or acquainted with the nature and effect of wounds made by gun shots or pistol.

C. D. COMSTOCK, for appellant.

ALEXANDER M. GARBER, Attorney General, for the State.

TYSON, C. J.—The defendant was convicted of manslaughter for the killing of one Will Smith. Witnesses

[Washington v. The State.]

Fairley and Bramlett, neither of whom were shown to be experts, were permitted to testify against defendant's objection that in their opinion the wound received by Smith in the stomach, made by a pistol ball fired by defendant caused his death. In this there was error. Only an expert could testify to the fatality of such a wound.

Reversed and remanded.

DOWDELL, ANDERSON, and McCLELLAN, JJ., concur.